JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SARSHAR,<br>   Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>   Defendant. | 2:24-cv-8349-DSF-Ex<br><br>JUDGMENT |

The Court having dismissed this case for lack of jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date: December 3, 2024

_Dale S. Fischer_
Dale S. Fischer
United States District Judge